UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIMBERLY FREEMAN,　　　　　　　　　　　Civil Action No. 17-cv-867

　　　Plaintiff,　　　　　　　　　　　　　　　　Barrett, J.
　　　　　　　　　　　　　　　　　　　　　　　Bowman, M.J
　　vs.

RITE AID, *et al.*,

　　　Defendants.


**REPORT AND RECOMMENDATION**

On January 2, 2018, the Court issued a Deficiency Order stating that Plaintiff must pay the full filing fee of $400.00 or submit a fully completed application and affidavit to proceed in forma pauperis within 30 days of the date of this Order. The Order further stated that Plaintiff's failure to pay the filing fee or to submit an application to proceed in forma pauperis within this time limit would result in dismissal.  (Doc. 2). Plaintiff has not paid the filling fee nor has she submitted an application to proceed in forma pauperis.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this case pursuant to Fed.R.Civ.P. 41(b).  *See Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir.1991).  District courts have the power to *sua sponte* dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630–31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). *See also Jourdan*, 951 F.2d at 109. Though plaintiff is proceeding pro se, as stated by the Supreme Court, "we have

never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel." *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint be **DISMISSED** for want of prosecution and for failure to obey a Court Order. As no additional claims remain pending, the undersigned further **RECOMMENDS** that this case be **CLOSED.**

   *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIMBERLY FREEMAN,

    Plaintiff,

vs.

DIRECTOR MOHR, *et al.*,

    Defendants.

Civil Action No. 1:17-cv-867

Barrett, J.
Bowman, M.J

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).